Kunyu Ching, CA #292616
Gary DiBianco, DC # 458669 (*pro hac vice* forthcoming)
**LAWYERS FOR GOOD GOVERNMENT**
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
kunyu@lawyersforgoodgovernment.org
gary@lawyersforgoodgovernment.org

Courtney Stuart-Alban, CA #225513
Juan Pablo Alban, CA #218144
**STUART ALBAN LAW PC**
87 N Raymond Ave, Suite 200
Pasadena, California 91103
Phone: (323) 208-9540
courtney@stuartalbanlaw.com
jp@stuartalbanlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **TAMMIE VISINTAINER, MELISSA NAVARRO MARTELL,** and **KARINA GARBESI**, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>**NATIONAL SCIENCE FOUNDATION; and BRIAN STONE**, in his official capacity as Acting Director of the National Science Foundation,<br><br>*Defendants.* | **Case No. 5:26-cv-12804**<br><br>**CERTIFICATE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP** |

Pursuant to Civil L.R. 3-15, Plaintiffs Tammie Visintainer, Melissa Navarro Martell, and Karina Garbesi, through undersigned counsel, certify that they are not aware of any conflict, financial or otherwise, involving the assigned judge and the parties to this litigation.

Pursuant to Civil L.R. 3-15(c)(2), Plaintiffs further certify that the following non-party entities have a financial interest in the subject matter in controversy or another interest that could be substantially affected by the outcome of this proceeding:

1. San Jose State University Research Foundation. The recipient and administrator of NSF Award No. 2148014, associated with Plaintiff Tammie Visintainer.

2. San Diego State University Research Foundation. The research foundation responsible for administering the NSF-funded research project associated with Plaintiff Melissa Navarro Martell, Award No. 2300927.

3. California State University, East Bay Foundation, Inc. The institutional recipient and administrator of NSF-funded research associated with Plaintiff Karina Garbesi, Award No. 2049130.

Plaintiffs are not aware of any other non-party person or entity with an interest requiring disclosure under Civil Local Rule 3-15.

Dated: Oct. 30, 2026

Respectfully submitted,

*/s/ Kunyu Ching*

Kunyu Ching CA #292616
Gary DiBianco DC #458669*
**LAWYERS FOR GOOD GOVERNMENT**
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
kunyu@lawyersforgoodgovernment.org
gary@lawyersforgoodgovernment.org

Courtney Stuart-Alban CA #225513
Juan Pablo Alban CA #218144
**STUART ALBAN LAW PC**
87 N Raymond Ave, Suite 200
Pasadena, CA 91103
Phone: 323-208-9540
courtney@stuartalbanlaw.com
jp@stuartalbanlaw.com

*Attorneys for Plaintiffs Tammie Visintainer, Melissa Navarro Martell, and Karina Garbesi*

**pro hac vice* application forthcoming