United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TAMMIE VISINTAINER, et al.,

Plaintiffs,

v.

NATIONAL SCIENCE FOUNDATION, et al.,

Defendants.

Case No. 26-cv-12804-NW (VKD)

**ORDER OF RECUSAL**

I, the undersigned judge, hereby recuse myself from this case and request that the case be reassigned to another magistrate judge for discovery purposes.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge