# UNITED STATES DISTRICT COURT

for the

Northern District of California

TAMMIE VISINTAINER, MELISSA NAVARRO MARTELL, and KARINA GARBESI, on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

NATIONAL SCIENCE FOUNDATION; and BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation

*Defendant(s)*

Civil Action No. 5:26-cv-12804-NW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**See Attachment A**
**for the list of Defendants and their addresses**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kunyu Ching
Gary DiBianco
LAWYERS FOR GOOD GOVERNMENT
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARK B. BUSBY*
*CLERK OF COURT*

Date: 11/10/2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:26-cv-12804-NW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Kunyu Ching, CA #292616
**LAWYERS FOR GOOD GOVERNMENT**
1319 F St. NW, Suite 301
PMB 181
Washington, DC 20004
Phone: 404-913-5529
kunyu@lawyersforgoodgovernment.org

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**TAMMIE VISINTAINER, MELISSA NAVARRO MARTELL,** and **KARINA GARBESI**, on behalf of themselves and all others similarly situated,

*Plaintiffs,*

v.

**NATIONAL SCIENCE FOUNDATION; and BRIAN STONE**, in his official capacity as Acting Director of the National Science Foundation,

*Defendants.*

**Case No. 5:26-cv-12804**

**ATTACHMENT A:**
**SUMMONS IN A CIVIL ACTION**

NATIONAL SCIENCE FOUNDATION
401 Dulany Street
Alexandria, VA 22314

BRIAN STONE, ACTING DIRECTOR
NATIONAL SCIENCE FOUNDATION
401 Dulany Street
Alexandria, VA 22314

UNITED STATES OF AMERICA
c/o CIVIL PROCESS CLERK
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

UNITED STATES OF AMERICA
c/o TODD BLANCHE, UNITED STATES ATTORNEY GENERAL
United States Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530